# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>    vs.<br><br>JOHN BARON WANG,<br><br>                         Defendant. | CASE NO. 06CV1750-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT**<br><br>[Dkt Nos. 6, 7] |

Pursuant to the parties' joint motion to set aside the default of defendant John Baron Wang, and in consideration of the policy favoring decisions on the merits, **IT IS HEREBY ORDERED:**

1. The motion is **GRANTED**, and the Clerk's Office shall set aside the Default.

2. Defendant shall file an Answer within 14 days of the date this Order is entered.

3. Plaintiff's pending Motion For Default Judgment is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATED: April 9, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06CV1750