cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.06cv1750 LAB (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING SETTLEMENT |
| JOHN BARON WANG, | ) | STATUS CONFERENCE |
| Defendants. | ) | |

On August 15, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Justin Kim, Esq. on behalf of plaintiff; Carl H. Garrett, Esq. and John Wang on behalf of defendant.

A settlement could not be reached. There is some prospects for settlement within the next 90 days, although the potential for bankruptcy filing by defendant is relatively equal. Given this status, the Court convened a Case Management Conference and set a schedule taking the case through the final pretrial conference. The Scheduling Order will be issued separately.

IT IS SO ORDERED.

DATED: August 15, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28