# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>JOHN BARON WANG,<br><br>    Defendant. | CASE NO. 06CV1750-LAB (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Dkt No. 18] |

This matter is before the court on plaintiff the United States of America's Motion For Summary Judgment ("Motion") of its Complaint to reduce to judgment federal tax assessments against defendant John Baron Wang. The Complaint itemizes taxes, interest, penalties, fees, and credits for particular assessments covering tax years 1994 and 1995, stating an unpaid balance of $56,832.88 as of August 30, 2006. Compl. ¶ 8. The Complaint seeks entry of judgment in that amount, "plus statutory interest and other additions allowed by law from August 30, 2006, less any credits for payments applied to unpaid federal income taxes for the tax years 1994 and 1995." Compl. p. 3.

The Motion is accompanied by evidence in support of the government's contention no genuine issue of material fact exists and the United States is entitled as a matter of law to the relief sought, addressing the proper standards and burdens under FED. R. CIV. P. 56. *See also* Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986); Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986); Arpin v. Santa Clara Valley Transp. Agency, 261 F.3d 912, 919 (9th Cir. 2001). The government carries its *prima facie* burden in actions to collect tax, including *inter alia* production of Certificates of Assessment and Payments for Mr. Want for the subject tax years, Forms 1040 signed by Mr. Wang, and a Declaration of counsel authenticating the documentary evidence presented in support of the

1  Motion. *See* <u>Oliver v. United States</u>, 921 F.2d 916, 919-20 (9th Cir. 1990); <u>United States v. Jones</u>, 33
2  F.3d 1137, 1139 (9th Cir. 1994); Kim Decl. The Motion seeks "entry of summary judgment for unpaid
3  federal income taxes, interest, and other statutory additions against Mr. Wang for the 1994 and 1995
4  tax years, in the [updated] amount of $61,775.10, plus additional statutory interest accruing from
5  October 31, 2007." Mot. P&A 3:13-15.

6        The government's showing shifted the burden to Mr. Want to show he is not liable for the
7  assessment. <u>Oliver</u>, 921 F.2d at 920. Mr. Wang, proceeding through counsel, filed a Response to the
8  Motion stating he "does not intend to file opposition to the Motion for Summary Judgment. . . ." Dkt
9  No. 19. Accordingly, the court deems the Motion to be unopposed. The court finds the United States
10 has carried its burden to demonstrate entitlement to the relief sought. Accordingly, **IT IS HEREBY**
11 **ORDERED** the Motion is **<u>GRANTED</u>**, and the hearing presently scheduled for November 19, 2007
12 is off-calendar. **IT IS FURTHER ORDERED** plaintiff shall prepare and lodge with the undersigned
13 District Judge a [Proposed] Order, including citation to appropriate statutory authority in support of
14 the calculation of the total amount of the award to be reduced to Judgment.

15       **IT IS SO ORDERED**.
16 DATED: November 7, 2007

17
18                     **HONORABLE LARRY ALAN BURNS**
                    United States District Judge